IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2-05-0066 |
| ) | JUDGE HAYNES |
| JAY VICTOR HESSON, HAROLD SMITH ) | |
| LOGGING & LUMBER COMPANY, INC., ) | |
| DANIEL SMITH, and CALVIN L. NASH, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Court **DECLINES** to exercise its jurisdiction in this declaratory judgment action that is **DISMISSED** without prejudice to Plaintiff's claims.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 18th day January, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge